JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of<br><br>JOHN HARTFIELD, as the owner of a certain 1994 39' Hattaras Yachts Convertible Cruiser, bearing Hull Identification Humber HATFJ808F484, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability | Case No. 2:19-cv-00142-DSF-AS<br><br>**ORDER** |

Plaintiff-in-Limitation JOHN HARTFIELD having requested pursuant to Federal Rules of Civil Procedure rule 41(a)(2) that the Court dismiss the Complaint-in-Limitation filed by him as the owner of a certain 1994 39' Hattaras Yachts Convertible Cruiser, bearing Hull Identification Humber HATFJ808F484, and her engines, tackle,

appurtenances, etc. for exoneration from, or limitation of, liability, the Court ORDERS that the Complaint-in-Limitation is DISMISSED.

    IT IS SO ORDERED.

DATED:  April 30, 2020

                                        Honorable Dale S. Fischer
                                        UNITED STATES DISTRICT JUDGE